08CV5438
JUDGE MORAN
MAGISTRATE JUDGE KEYS

# Exhibit 1

US00D504501S

(12) **United States Design Patent** (10) Patent No.: **US D504,501 S**

Young (45) Date of Patent: ✱✱ **Apr. 26, 2005**

(54) **CEILING FAN**

(75) Inventor: **Stanfield Young**, Garden Grove, CA (US)

(73) Assignee: **Minka Lighting, Inc.**, Corona, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/193,321**

(22) Filed: **Nov. 7, 2003**

(51) **LOC (7) Cl.** .................................................. **23-04**
(52) **U.S. Cl.** .................................................... **D23/377**
(58) **Field of Search** ............................... D23/377, 411,
D23/379, 385, 413; 416/5; D26/59, 51,
72, 81–88

(56) **References Cited**

U.S. PATENT DOCUMENTS

D376,421 S    12/1996  Jaspers-Fayer ............. D23/377
D378,404 S  *  3/1997  Jaspers-Fayer ............. D23/377
D410,100 S  *  5/1999  Jaspers-Fayer ............... D26/59

OTHER PUBLICATIONS

Minka Aire Two Thousand; pp. 22,23, Dec. 1, 1999, Minka Lighting, Inc. USA.

* cited by examiner

*Primary Examiner*—Lisa Lichtenstein
(74) *Attorney, Agent, or Firm*—Baker & McKenzie LLP

(57) **CLAIM**

The ornamental design for a ceiling fan, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view from below of a ceiling fan in accordance with my design;

FIG. **2** is an enlarged perspective view from below of a ceiling fan in accordance with my design;

FIG. **3** is a bottom plan view of the ceiling fan in accordance with my design;

FIG. **4** is a top plan view of the ceiling fan in accordance with my design;

FIG. **5** is a front elevation view of the ceiling fan in accordance with my design; and,

FIG. **6** is a side elevation view of the ceiling fan in accordance with my design.

FIGS. **5** and **6** are identical except for the positioning of the fan blades.

The broken lines showing environmental structure are for illustrative purposes and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 3 of 33 PageID #:11



*Fig.1*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 4 of 33 PageID #:12



*Fig.2*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 5 of 33 PageID #:13



*Fig.3*



*Fig.4*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 7 of 33 PageID #:15



*Fig.5*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 8 of 33 PageID #:16



Fig.6

# Exhibit 2



# Exhibit 3

US00D504502S

(12) **United States Design Patent** (10) Patent No.: **US D504,502 S**

Young (45) Date of Patent: ✸✸ **Apr. 26, 2005**

(54) **COMBINATION CEILING FAN AND LIGHT FIXTURE**

(75) Inventor: **Stanfield Young**, Garden Grove, CA (US)

(73) Assignee: **Minka Lighting, Inc.**, Corona, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/193,420**

(22) Filed: **Nov. 7, 2003**

(51) **LOC (7) Cl.** .................................................. **23-04**
(52) **U.S. Cl.** ...................................................... **D23/377**
(58) **Field of Search** ............................... D23/377, 411, D23/379, 385, 413; 416/5; D26/59, 51, 72, 81–88

(56) **References Cited**

U.S. PATENT DOCUMENTS

D376,421 S  12/1996  Jaspers-Fayer ............. D23/377
D378,404 S  *  3/1997  Jaspers-Fayer ............. D23/377
D410,100 S  *  5/1999  Jaspers-Fayer ............... D26/59

OTHER PUBLICATIONS

Minka Aire Two Thousand; pp. 22, 23, Dec. 1, 1999, Minka Lighting, Inc. USA.

* cited by examiner

Primary Examiner—Lisa Lichtenstein
(74) Attorney, Agent, or Firm—Baker & McKenzie LLP

(57) **CLAIM**

The ornamental design for the combination ceiling fan and light fixture, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view from below of a combination ceiling fan and light fixture in accordance with my design;

FIG. **2** is an enlarged perspective view from below of a combination ceiling fan and light fixture in accordance with my design;

FIG. **3** is a bottom plan view of the combination ceiling fan and light fixture in accordance with my design;

FIG. **4** is a top plan view of the combination ceiling fan and light fixture in accordance with my design;

FIG. **5** is a front elevation view of the combination ceiling fan and light fixture in accordance with my design;

FIG. **6** is a side elevation view of the combination ceiling fan and light fixture in accordance with my design.

FIGS. **5** and **6** are identical except for the positioning of the fan blades.

The broken lines showing environmental structure are for illustrative purposes and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





*Fig.1*



*Fig.2*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 15 of 33 PageID #:23



*Fig.3*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 16 of 33 PageID #:24



*Fig.4*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 17 of 33 PageID #:25



*Fig.5*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 18 of 33 PageID #:26



*Fig.6*

# Exhibit 4



US00D506004S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D506,004 S**

Young     (45) **Date of Patent:**     **＊＊     Jun. 7, 2005**

(54) **CEILING FAN BLADE IRON ASSEMBLY**

(75) Inventor: **Stanfield Young**, Garden Grove, CA (US)

(73) Assignee: **Minka Lighting, Inc.**, Corona, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/193,419**

(22) Filed: **Nov. 7, 2003**

(51) **LOC (8) Cl.** .................................................. **23-04**
(52) **U.S. Cl.** .................................................... **D23/411**
(58) **Field of Search** ................................ D23/377, 411,
D23/379, 385, 413; 416/5; D26/59, 51,
72, 81–88

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D376,421 S | | 12/1996 | Jaspers-Fayer ............. D23/377 |
| D378,404 S | * | 3/1997 | Jaspers-Fayer ............. D23/377 |
| D410,100 S | * | 5/1999 | Jaspers-Fayer ............... D26/59 |

* cited by examiner

Primary Examiner—Lisa Lichtenstein
(74) *Attorney, Agent, or Firm*—Baker & McKenzie LLP

(57)     **CLAIM**

The ornamental design for a ceiling fan blade iron assembly, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view from below of a ceiling fan blade iron assembly in accordance with my design;
FIG. **2** is an enlarged perspective view from below of a ceiling fan blade iron assembly in accordance with my design;
FIG. **3** is a bottom plan view of the ceiling fan blade iron assembly in accordance with my design;
FIG. **4** is a top plan view of the ceiling fan blade iron assembly in accordance with my design;
FIG. **5** is a front elevation view of the ceiling fan blade iron assembly in accordance with my design; and,
FIG. **6** is a side elevation view of the ceiling fan blade iron assembly in accordance with my design.
FIGS. **5** and **6** are identical except for the positioning of the fan blades.
The broken lines showing environmental structure are for illustrative purposes and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





Fig.1

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 22 of 33 PageID #:30



***Fig.2***



*Fig.3*



*Fig.4*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 25 of 33 PageID #:33



*Fig.5*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 26 of 33 PageID #:34



*Fig.6*

# Exhibit 5

US00D508124S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D508,124 S**

Young     (45) **Date of Patent:**    ✶✶   **Aug. 2, 2005**

(54) **CEILING FAN BLADE IRON**

(75) Inventor: **Stanfield Young**, Garden Grove, CA (US)

(73) Assignee: **Minka Lighting, Inc.,** Corona, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/193,320**

(22) Filed: **Nov. 7, 2003**

(51) **LOC (8) Cl.** .................................................. **23-04**
(52) **U.S. Cl.** ...................................................... **D23/411**
(58) **Field of Search** ................................ D23/377, 411,
     D23/379, 385, 413; 416/5; D26/59, 51,
     72, 81–88

(56) **References Cited**

U.S. PATENT DOCUMENTS

D376,421 S   12/1996   Jaspers-Fayer ............. D23/377
D378,404 S   *   3/1997   Jaspers-Fayer ............. D23/377
D410,100 S   *   5/1999   Jaspers-Fayer ............... D26/59

OTHER PUBLICATIONS

U.S. Appl. No. 29/193,420, filed Nov. 7, 2003, Stanfield Young.
U.S. Appl. No. 29/193,321, filed Nov. 7, 2003, Stanfield Young.
U.S. Appl. No. 29/193,419, filed Nov. 7, 2003, Stanfield Young.
U.S. Appl. No. 29/180,948, filed May 2, 2003, Stanfield Young.
U.S. Appl. No. 29/180,946, filed May 2, 2003, Stanfield Young.
U.S. Appl. No. 29/1803,947, filed May 2, 2003, Stanfield Young.
U.S. Appl. No. 29/180,949, filed May 2, 2003, Stanfield Young.

Minka Aire Two Thousand; pp. 22, 23, Dec. 1, 1999, Minka Lighting, Inc. USA.

* cited by examiner

*Primary Examiner*—Lisa Lichtenstein
(74) *Attorney, Agent, or Firm*—Baker & McKenzie, LLP

(57) **CLAIM**

The ornamental design for a ceiling fan blade iron, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view from below of a ceiling fan blade iron in accordance with my design, illustrating the environment of said blade iron;
FIG. **2** is a perspective view from below of the ceiling fan blade iron in accordance with my design, illustrating the environment of said blade iron;
FIG. **3** is an enlarged perspective view of the ceiling fan blade iron in accordance with my design, illustrating the environment of said blade iron;
FIG. **4** is a bottom plan view of the ceiling fan blade iron in accordance with my design, illustrating the environment of said blade iron;
FIG. **5** is a top plan view of the ceiling fan blade iron in accordance with my design, illustrating the environment of said blade iron;
FIG. **6** is a side elevation view of the ceiling fan blade iron in accordance with my design, illustrating the environment of said blade iron;
FIG. **7** is a distal view of the ceiling fan blade iron in accordance with my design, illustrating the environment of said blade iron; and,
FIG. **8** is a proximal view of the ceiling fan blade iron in accordance with my design, illustrating the environment of said blade iron.
The broken lines showing environmental structure are for illustrative purposes and form no part of the claimed design.
In FIGS. **1, 3, 4, 5** and **6,** the fan blade is shown broken away to indicate indeterminate length.

**1 Claim, 5 Drawing Sheets**



Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 29 of 33 PageID #:37



*Fig.1*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 30 of 33 PageID #:38



*Fig.2*



*Fig.3*

*Fig.4*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 32 of 33 PageID #:40



*Fig.5*



*Fig.6*

Case: 1:08-cv-05438 Document #: 1-2 Filed: 09/23/08 Page 33 of 33 PageID #:41



*Fig.7*



*Fig.8*